UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>GUADALUPE DIAZ-CRUZ,<br><br>          Defendant. | Case No.: 18-cr-5018-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 61]** |

*Pro se*, Movant filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Motion was referred to Federal Defenders pursuant to General Order 692-B. Federal Defenders did not request appointment on Movant's behalf.

It is recognized that at this time there is no applicable policy statement governing compassionate-release motions filed by defendants under the recently amended § 3582(c)(1)(A). It is also recognized that a district court's discretion may be informed by U.S.S.G. § 1B1.13 but that it is not binding and that a district court is empowered to consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Diaz-Cruz's case, his motion for release focuses on a perceived policy disparity between his own prosecution history and the way the current administration handles aliens not admitted into the United States. Diaz-Cruz, however, has an extensive criminal history inside the United States. The reasons given do not amount to extraordinary and compelling reasons and the defendant would likely pose a risk of danger to the community if released early.

The motion is **DENIED.**

Date: September 21, 2021

                        _____
                        HON. ROGER T. BENITEZ
                        United States District Judge